IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD MATTIS                      :         CIVIL ACTION
                                    :
        v.                          :
                                    :
ALLSTATE PROPERTY AND CASUALTY      :         NO. 26-1788
INSURANCE COMPANY                   :

ORDER

AND NOW, this 22nd day of July 2026, for the reasons

stated in the foregoing Memorandum, it is hereby ORDERED that

the motion of defendant Allstate Property and Casualty Insurance

to dismiss the amended complaint for failure to state a claim

pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure (Doc. # 16) is GRANTED.


                            BY THE COURT:


                            /s/   Harvey Bartle III
                                                    J.